UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  SACV 07-779 JVS (ANx)   Date  April 28, 2008

Title  Fany Rodriguez v. Eric John Kaesman, et al.

Present: The Honorable   James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (In Chambers)   Order to Show Cause re Dismissal for Failure to Prosecute

  On January 24, 2008, Plaintiff Fany Rodriguez ("Rodriguez") filed a second amended complaint ("first SAC"). (Docket No. 42.) On January 28, 2008, the proof of service of that pleading was rejected and not filed. (Docket No. 43.) Proof of service of the first SAC has not been filed subsequently.

  The Federal Rules of Civil Procedure mandate that "a pleading filed after the original complaint" "must be served on every party." Fed. R. Civ. P. 5(a)(1), (a)(1)(B). The Rules further require that "[a]ny paper after the complaint that is required to be served—together with a certificate of service—must be filed within a reasonable time after service." Fed. R. Civ. P. 5(d)(1). Accordingly, the first SAC is defective for lack of proof of service.

  The Court notes that the confusion caused by Rodriguez's failure to file proof of service is not merely academic: Defendant Eric John Kaesman ("Kaesman") states in his motion to dismiss that "Plaintiff filed a SAC with the court but served an entirely different SAC to Defendant Kaesman on January 24, 2008. The SAC being addressed is the one received by Defendant Kaesman." (Docket No. 61, Opening Br. p. 2, n.1.) The Court cannot address a motion directed at a pleading that is not of record.

  Moreover, the first SAC included additional defendants, notwithstanding that Rodriguez never applied for or received permission from the Court to add parties.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  SACV 07-779 JVS (ANx)                    Date  April 28, 2008

Title  Fany Rodriguez v. Eric John Kaesman, et al.

Accordingly, the Court finds that the first SAC is defective and inoperative.[1]

On March 10, 2008, Rodriguez filed a <u>second</u> Second Amended Complaint ("second SAC").  (Docket No. 52.)

On March 31, 2008, the Court ordered the second SAC stricken from the record. (Docket No. 64.)

Accordingly, there is no operative complaint of record.

In light of the foregoing, the Court orders Rodriguez to show cause on Monday, May 19, 2008 at 11:00 a.m. why this case should not be dismissed for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b).  A written response shall be filed on or before May 14, 2008.  A motion for leave to amend the complaint shall be deemed an appropriate response.

Further, the Court vacates the motions to dismiss filed by Curtean and Kaesman, both of which are calendared for May 19, 2008, and orders them off calendar.  (Docket Nos. 59, 61.)

                                                                                              :      00

                                                            Initials of Preparer      kjt

---

[1] The Court's finding that the first SAC is inoperative comports with Rodriguez's and Defendant Alina Curtean's ("Curtean") understanding as evidenced by their counsels' declarations.  (<u>See</u> Docket Nos. 53 p. 3, 56 p. 4.)